WILLIAM J. WEBSTER, as Administrator of the Estate of CHARLOTTE G. RANS-LEY, Deceased, Respondent and Appellant, v. JOHN GNAEDINGER, Appellant, and WALTER C. DAVIS, Respondent.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Estate of JESSE H. PARDEE, Deceased. HENRY W. KILLEEN et al., Respondents; VIRGINIA SECURITIES, LIMITED, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of CLAUDE ELLIS, as Executor of EMMA BAUER, Deceased, Appellant. FLORENCE MURLIN, Respondent.—
Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

## (March 17, 1943.)

ANTHONY PAWELEK, Appellant, v. ROZALIA PAWELEK, Respondent.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

HOWARD J. CONYNE, Respondent, v. THOMAS McGIBBON, Appellant.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JAMES NAGLE, as President of Local Union 12058, District No. 50, United Mine Workers of America, Respondent, v. STEVE McMULLEN et al., Appellants.

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.